THE LOUISVILLE, NEW ALBANY, AND ST. LOUIS AIR LINE
RAILWAY COMPANY *v.* DUVALL.

APPEAL from the Floyd Circuit Court.

DOWNEY, J.—The questions presented in this case are the same as the questions in the case of *The Louisville, New Albany, and St. Louis Air Line R. W. Co.* v. *Dryden, ante*, p. 393; and for the reasons given in the opinion in that case, this must be decided in the same way in which that case was decided.

The judgment below is affirmed, with costs.

*G. V. Howk, W. W. Tuley, M. C. Kerr*, and —— *Hisey*, for appellant.

*D. C. Anthony*, for appellee.